**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: April 9 2019**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Larry N. Moore | * | Judge John P. Gustafson |
| Carol J. Moore | | |
| | * | Case No. 18-32379 G |
| | * | |
| | * | |
| Debtors | * | |

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee and Counsel for Debtors(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on ___2/11/19_____.

☑ **The Chapter 13 Plan payment after confirmation originally proposed in the amount of:**
**$ 1,170.00 per month is hereby amended to**
**$ 1,240.00 per month for the remaining 53 months for a total of 60 months.**

☐ One half of all net tax refunds annually for tax years _____;

☐ All federal and state (net) tax refunds for tax years 2018, 2019, 2020, 2021 & 2022; shall be submitted to the Trustee by **April 15th** each year and copies of the tax returns are to be submitted to the Chapter 13 Trustee upon filing.
  ☐ The Debtor(s) agree(s) that no changes to tax withholdings shall be made without the written permission of the Trustee.
  ☐ The percentage to the unsecured creditors will be determined as the tax refunds are received.

☑ **The Chapter 13 Plan originally providing for payments to be made for a period of 54 months is hereby amended and the plan payments shall be made for a period of 60 months.**

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby modified to the percentage of _____%.

☑ **The debtor(s) have elected to pay less than all Projected Disposable Income into their Chapter 13 Plan, the Debtor(s) is/are prohibited from modifying the percentage to be paid to unsecured creditors to less than 100% of unsecured claim(s) that are timely filed and allowed.**

☐ This case shall be reviewed after claims bar date.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

*/s/ Elizabeth A. Vaughan*_____
**Standing Chapter 13 Trustee**

*/s/ Eric Neuman*_____
**Attorney for Debtors**

*/s/ Larry N. Moore*_____
**Debtor**

*/s/ Carol J. Moore*_____
**Debtor**