IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-32379 |
| Carol J. Moore<br>Larry N. Moore | ) | Chapter 13 |
| | ) | Judge John P Gustafson |
| Debtors. | | |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that on 11 February 2019 a true and correct copy of the Amended Certificate of Service of Motion for Authority to Sell Property (Doc. No. 112)

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

United States Trustee at (Registered addres)@usdoj.gov

Eric R. Neuman on behalf of Debtors Carol J. Moore and Larry N. Moore at eric@drlawllc.com, kim@drlawllc.com; r50765@notify.bestcase.com;Adam@drlawllc.com; raymond@drlawllc.com;leanne@drlawllc.com

Christy A. Prince on behalf of Creditor The Union Bank Company at cprince@keglerbrown.com, eoneil@keglerbrown.com

Edward L. Schimmel at schimmel@northwoodlaw.net, schimmeler70122@notify.bestcase.com

Michael David Stultz on behalf of The Ohio Department of Taxation at gtr@meyerkerschner.com, emh@meyerkerschner.com;jkg@meyerkerschner.com;das@meyerkerschner.com

Elizabeth A. Vaughan, Chapter 13 Trustee at 13ECFNotices@chapter13toledo.com, toledo13@ecf.epiqsystems.com

And by regular US Mail, postage prepaid, on:

See Exhibit A Attached.

>*/s/Eric R. Neuman*
>Eric R. Neuman (0069794)
>DILLER & RICE
>Attorney for Debtor
>1105-1107 Adams Street
>Toledo, Ohio 43604
>Phone: (419) 724-9047
>Fax: (419) 238-4705
>eric@drlawllc.com

AAA Financial Services
P.O. Box 15019
Wilmington, DE 19886

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

CB/ELDER-BEERMAN
PO BOX 182789
Columbus, OH 43218

Christy Prince
Kegler, Brown, Hill and Ritter
65 East State Street
Suite 1800
Columbus, OH 43215

COLLECTION ASSOCIATES
PO Box 349
420 S Michigan Ave
Greensburg, IN 47240

COMENITYBANK/MEIJER INC
PO BOX 182789
Columbus, OH 43218

Discover
P.O. Box 742655
Cincinnati, OH 45274

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINCL SVC LLC
PO BOX 15316
Wilmington, DE 19850

KOHLS DEPARTMENT STORE
PO BOX 3115
Milwaukee, WI 53201

Ohio Department of Taxation
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
 Bankruptcy Division
 P. O. Box 530
 Columbus, Ohio 43216

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

RECEIVABLES PERFORMANCE
20816 44th Ave West
Lynnwood, WA 98036

SYNCB/SAMS CLUB
P.O. BOX 965036
Orlando, FL 32896

The Union Bank Company
132 E Front St.
Pemberville, OH 43450

The Union Bank Company
105 Progressive Drive
Columbus Grove, OH 45830

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Union Bank Company
100 S HIGH ST
P.O. BOX 67
Columbus Grove, OH 45830

1

Village of Pemberville
115 Main Street
PO Box 109
Pemberville, OH 43450-0109

Wood County Treasurer
1 Courthouse Square
Bowling Green, OH 43402

US Bank NA dba Elan Financial Service
Bankruptcy Department
P.O. BOX 108
Saint Louis, MO 63166